# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NICOLE JONES and MOUNTAIN MASSAGE & DAY SPA, INC.,** </br> Plaintiffs, </br></br> v. </br></br> **ALLIED PROFESSIONALS'** </br> **INSURANCE SERVICES, INC.,** </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:25-00177-KD-MU </br> ) </br> ) </br> ) </br> ) |

## ORDER

This action is before the Court on the Motion to Stay, (Doc. 9), filed by Plaintiff Nicole Jones ("Jones"). Jones moves the Court for an order staying the adjudication of Defendant's Motion to Compel Arbitration, (Doc. 6), pending resolution of the Motion to Remand, (Doc. 8).

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." <u>Clinton v. Jones</u>, 520 U.S. 681, 706 (1997). For this reason, and the reasons stated in the Motion to Stay, the Motion to Stay adjudication of Defendant's Motion to Compel pending resolution of the Motion to Remand is due to be granted. Accordingly, if **no objection** is filed **on or before Monday, May 19, 2025**, the Motion to Stay, (Doc. 9), is **GRANTED without further Court action**.

**DONE** and **ORDERED** this **16th** day of **May 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**